AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Oklahoma

| | |
|---|---|
| William Henry Jamerson, *Plaintiff(s)* | )<br>)<br>)<br>) |
| v. | ) Civil Action No. 25-cv-00179-JFJ |
| The City of Tulsa, Oklahoma, et al., *Defendant(s)* | )<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
    Tara Brians
    600 Civic Center
    Tulsa, OK 74103

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
    Smolen & Roytman
    701 S. Cincinnati Ave.
    Tulsa, OK 74119

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT, Heidi D. Campbell*

Date: 06/10/2025

    s/ A. Nance
*Signature of Clerk or Deputy Clerk*

# AFFIDAVIT OF SERVICE

Origin/County: _____  Federal: __NDOK__  Case No.: 25-cv-00179-JFJ

**Documents Served:** I, being sworn, certify that I received the foregoing, to wit on __June 16, 25__.

- ✓ Summons
- ✓ Petition / Complaint
- ___ Small Claims / Money Judgement
- ___ Asset Hearing
- ___ Garnishment / Lis Pendens
- ___ Order for Hearing
- ___ Subpoena / Fee / Deposition
- ___ Subpoena / Fee / Trial
- ___ Forceable Entry/Detainer
- ___ Motion/Summary Judgement
- ___ Application / Temporary Order
- ___ Protective Order

Other: _____

**METHOD OF SERVICE:** ___ OKLAHOMA   ✓ FEDERAL

That on __June 16, 25__ at __7:23 pm__ I served the above documents to __TARA BRIANS__ at __10529 N 121 E A Owasso, OK__

**MANNER OF SERVICE:** served the same according to law in the following manner, to wit:

✓ PERSONAL SERVICE: by delivering a true copy of process to the above-named individual.

___ USUAL PLACE OF RESICENCE / SUBSTITUTE: by leaving a copy of said process for the above named with _____ a resident/family member, who is fifteen years of age or older, at the above address which is the usual place of abode or dwelling house of the above named.

___ CORPORATION / PARNERSHIP / UNINCOPORATED ASSOCIATION / GOVERNMENT ENTITIES, ETC. by delivering a copy of said process to _____, he / she being the service agent authorized to accept service, managing agent in charge, a partner, owner, the Attorney of Record for the above-named entity / individual.

___ POSTED SERVICE: by affixing a copy of said process to the premises at the address indicated, which is in the possession of the above-named individual.

___ NO SERVICE: said process WAS NOT SERVED on the named for reason(s) stated. ___Evading Service, ___Not Home, ___Bad Address / No such address, ___Service Canceled.

___ OTHER INFORMATION: _____

I, Billy McKelvey, being duly sworn, do say, that I am over the age of 18 years and not a party to this action, and that within the boundaries of the State of Oklahoma. I am authorized by law to make service of the documents and informed said person of the contents herein.

_____  _____
Billy McKelvey                    Date: June 17, 25

**McKelvey Consulting Group LLC**
MCGOKLA@GMAIL.COM
(918) 798-7390
License PSS-2025-4